opinion filed January 6, 1947; released for publication January 20, 1947. Thomas A. Sheehan, for appellant; Poppenhusen, Johnston, Thompson & Raymond, for appellee; Edward R. Johnston, Floyd. E. Thompson and Allan R. Johnston, of counsel. Opinion by JUSTICE FEINBERG. Not to.be published in full.

## James A. Evar, Appellant, v. Donna S. Evar, Appellee.

### Gen. No. 43,902.

opinion filed January 6, 1947; rehearing denied January 20, 1947; released for publication January 20, 1947. Allan W. Cook, for appellant; Allan W. Cook and Wallace B. Kemp, of counsel; John J. Maciejewski, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.

## Continental Illinois National Bank and Trust Company, Appellee, v. Ella H. Tinkoff and Paysoff Tinkoff, Appellants.

### Gen. No. 43,830.